# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MARIE THOMPSON, | 1:05-CV-0141 AWI SMS HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | [Doc. #28] |
| GLORIA HENRY, Warden, | ORDER DENYING PETITIONER'S MOTION FOR DEFAULT JUDGMENT [Doc. #26] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 2, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended Petitioner's motion for default judgment be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

1  and Recommendation is supported by the record and proper analysis.

2  Accordingly, IT IS HEREBY ORDERED that:

3  1. The Findings and Recommendation issued August 2, 2005, is ADOPTED IN FULL;

4  2. Petitioner's motion for default judgment is DENIED; and

5  3. The matter is REFERRED back to the Magistrate Judge for further proceedings.

6  IT IS SO ORDERED.

7  **Dated:    September 14, 2005**             /s/ Anthony W. Ishii
   0m8i78                                          UNITED STATES DISTRICT JUDGE