# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MARIE THOMPSON, ) | 1:05-CV-0141 AWI SMS HC |
| Petitioner, ) | |
| v. ) | ORDER GRANTING EXTENSION OF TIME |
| ) | [Doc. #33] |
| GLORIA HENRY, Warden, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 21, 2005, Respondent filed a request for more time to file an answer to the petition. On December 20, 2005, Respondent filed an answer. Respondent having presented good cause to the court in her November 21, 2005, request, the Court will grant Respondent's request for an extension of time to file an answer *nunc pro tunc* to December 20, 2005.

Accordingly, it is HEREBY ORDERED that Respondent's request for an extension of time to file an answer is granted *nunc pro tunc* to December 20, 2005.

IT IS SO ORDERED.

**Dated:   January 5, 2006**           /s/ Sandra M. Snyder
23ehd0                              UNITED STATES MAGISTRATE JUDGE