UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGELA MARIE THOMPSON, | ) | 1:05-CV-0141 AWI SMS HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| GLORIA HENRY, Warden, | ) | [Doc. #38] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 12, 2006, Petitioner filed a request for more time to file a traverse to Respondent's answer. Accordingly, good cause having been presented to the Court and good cause appearing therefor, Petitioner is GRANTED an extension of time of thirty (30) days from the date of service of this order to file a traverse.

IT IS SO ORDERED.

**Dated:   January 24, 2006**            /s/ Sandra M. Snyder
23ehd0                         UNITED STATES MAGISTRATE JUDGE