IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELA MARIE THOMPSON,

    Petitioner,        1:05-cv-00141 ALA HC

    vs.

GLORIA HENRY, Warden,        <u>ORDER</u>

    Respondent.

_____/

On March 10, 2008, petitioner filed a request for an enlargement of time to respond to the court's February 29, 2008, order for further briefing. Good cause appearing, that request will be granted.

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner's March 10, 2008, request for an enlargement of time is GRANTED; and

2. Petitioner shall submit a response to the court's February 29, 2008, order within thirty-five (35) days of the date of this order.

/////

DATED: March 12, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation