1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANGELA MARIE THOMPSON,

11           Petitioner,                      1:05-cv-00141 ALA HC

12       vs.

13   GLORIA HENRY, Warden,              ORDER

14           Respondent.

15   _____/

16       Pending before the court is petitioner Angela Marie Thompson's *pro se* application for a

17   writ of habeas corpus under 28 U.S.C. § 2254.  On February 29, 2008, petitioner was ordered to

18   provide the court with further briefing.  On March 12, 2008, petitioner complied with that order.

19   Petitioner has now filed a motion to file an amended response to the court's February 29, 2008,

20   order together with an amended response.  Good cause appearing, that motion will be granted.

21       Therefore, IT IS HEREBY ORDERED that petitioner's March 17, 2008, motion to file

22   an amended response to the court's February 29, 2008, order is GRANTED.

23   /////

24   DATED: March 21, 2008

25                                        /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
26                                        Sitting by Designation

1