IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELA MARIE THOMPSON,

    Petitioner,                                    Case No. 1:05-cv-00141 ALA (HC)

    vs.

GLORIA HENRY, Warden,                          **ORDER**

    Respondent.
_____/

    On April 21, 2008, Petitioner filed a "Motion For Appointment of Counsel." (Doc. 51). Petitioner's request is DENIED.

    Currently, no absolute right to appointment of counsel exists in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). Pursuant to 18 U.S.C. § 3006A, however, appointment of counsel *may* be granted by this Court "if the interests of justice so require." *See* Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, this Court does not find that the interests of justice would be served by the appointment of counsel at the present time.

    IT IS HEREBY ORDERED that Petitioner's request be DENIED.

/////

DATED: April 29, 2008                /s/ Arthur L. Alarcón
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation