IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MARIE THOMPSON, | |
| Petitioner, | No. 1:05-cv-00141 ALA (HC) |
| vs. | |
| GLORIA HENRY, Warden, | ORDER |
| Respondent. | |
| _____ / | |

On October 10, 2008, Petitioner filed a motion requesting correction of a filing error because documents relating to Petitioner's application were inadvertently sent by the Clerk of the Court for the Eastern District of California to inmate Theodore O. Wilson in error. Inmate Wilson had a petition pending before this Court, Case No. 1:06-cv-00141 ALA HC, while Petitioner's case number is 1:05-cv-00141 ALA HC. Upon review of the docket in Petitioner's Case No. 1:05-cv-00141 ALA HC, it appears that all of the documents inadvertently sent to Inmate Wilson were properly filed in Petitioner's case, under the proper case number.

It is therefore hereby ORDERED that Petitioner's motion requesting correction of a filing error is DENIED as moot.

1

1  /////

2  DATED: October 22, 2008

3                                              /s/ Arthur L. Alarcón
                                               UNITED STATES CIRCUIT JUDGE
4                                              Sitting by Designation